JS 45 (1/96) Electronic Version

# Criminal Case Cover Sheet – U.S. District Court

**Place of Offense:**
- City: Madison
- County/Parrish: Dane

**Related Case Information:** 20 CR 137 WMC
- Superseding: _____
- Docket Number: _____
- Same Defendant: _____
- New Defendant: _____
- Magistrate Judge Case Number: _____
- Search Warrant Case Number: _____
- R 20 / R40 from District of: _____

**Defendant information:**
- Matter to be Sealed: Yes ___ No ✓
- Def. Name: Michael Eisenga
- Alias Name:
- City/State: Columbus, WI and Oconomowac, WI
- Year of Birth: 1971
- Last 4 digits of SSN:
- Sex: Male
- Race:

**U.S. Attorney Information:**
- MEREDITH DUCHEMIN    Bar #:
- Interpreter: ✓ No ___ Yes   List language and/or dialect:

**Location Status:**

Arrest Date: _____
- ___ Already in Federal Custody as of: _____ in _____
- ___ Already in State Custody
- ___ On Pretrial Release

**U.S.C. Citations:**

Total # of Counts: 1   ___ Petty   ___ Misdemeanor   ✓ Felony
- ___ Class A
- ___ Class B
- ___ Class C

| Index Key/Code | | Description of Offense Charged | Counts(s) |
|---|---|---|---|
| Set 1 | 18 USC 1344(2) | Fraud on a Financial Institution | 1 |
| Set 2 | 18 USC 981(a)(1)(C) | Forfeiture Allegation | |
| Set 3 | 18 USC 982 | Forfeiture Allegation | |
| Set 4 | 28 USC 2461(c) | Forfeiture Allegation | |
| Set 5 | | | |
| Set 6 | | | |

Date: _____    Signature /s/ MEREDITH DUCHEMIN