# IN THE UNITED STATES DISTRICT COURT

# FOR THE WESTERN DISTRICT OF WISCONSIN

UNITED STATES OF AMERICA,

        Plaintiff,

vs.                            Case No. 3:20-CR-00137-wmc-1

MICHAEL EISENGA,

        Defendant.

## NOTICE OF APPEARANCE (CORRECTED)
## CHRISTOPHER T. VAN WAGNER, COUNSEL FOR MICHAEL EISENGA

To:    AUSA Meredith P. Duchemin
        United States Attorneys Office
        222 West Washington, Suite 700
        Madison, WI 53703

Please take notice that the undersigned attorney hereby enters his appearance as counsel for the defendant, MICHAEL EISENGA, in the above matter.

Dated at Madison, Wisconsin, October 29, 2020.

                Respectfully submitted,
                MICHAEL EISENGA, Defendant

                */s/ (electronically signed)*

BY:    _____
                CHRISTOPHER T. VAN WAGNER
                (State Bar #1024261)
                110 East Main Street, Suite 705
                Madison, Wisconsin 53703
                (608) 284-1200