IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WISCONSIN

UNITED STATES OF AMERICA,

        Plaintiff,

vs.                              Case No. 20-CR-137-WMC

MICHAEL EISENGA,

        Defendant.

**WAIVER OF IN-PERSON APPEARANCE AT CHANGE-OF-PLEA HEARING**

I, Michael Eisenga, hereby waive my right to appear in person at my CHANGE OF PLEA hearing in this case, pursuant to FED. R. CRIM. P. 43(c). My undersigned attorney has explained that I have the right to appear in person at all hearings in my case. In light of the COVID-19 pandemic, I do not wish to appear personally. I plan to appear by video (or, if necessary, by telephone) to avoid any delays in my case.

/s/ (electronically signed 3/25/2021)      3/25/21
_____
MICHAEL EISENGA, Defendant    (Date)

/s/ (electronically signed 3/25/2021)
_____
Christopher T. Van Wagner    (Date)
Attorney for Defendant Eisenga
110 East Main Street, Suite 705
Madison, Wisconsin 53703
(608) 284-1200