

**U.S. Department of Justice**

*United States Attorney's Office*
*Western District of Wisconsin*

*Telephone 608/264-5158*
*TTY 608/264-5006*
*Administrative Facsimile 608/264-5183*
*Civil Division Facsimile 608/264-5724*
*Criminal Division Facsimile 608/264-5054*

<u>Address:</u>
222 W. Washington Avenue
Suite 700
Madison, Wisconsin 53703

June 21, 2021

The Honorable William M. Conley
U.S. District Judge
United States District Court
120 N. Henry St., Rm. 320
Madison, WI 53703

      Re:    *United States v. Michael Eisenga*
             Case No: 20-cr-137-wmc

Dear Judge Conley:

      In advance of sentencing, I enclose for filing a document that the government intends to briefly reference during its sentencing argument. "Sentencing Exhibit 1" is a court order issued on June 10, 2021, by the presiding judge in Mr. Eisenga's ongoing child-support case. It was provided to me by counsel for Mr. Eisenga's ex-wife.

      I am providing this Court a copy in advance of sentencing because the information in the order is not otherwise in the record. The order was issued after preparation of the revised presentence report.

      Although the order does not appear to contain sensitive information, because it is an order in a state family court case, I am filing it separately under seal.

                                              Very truly yours,

                                              TIMOTHY M. O'SHEA
                                              Acting United States Attorney

                                              By:  /s/

                                              MEREDITH P. DUCHEMIN
                                              Assistant United States Attorney