# CHRISTOPHER T. VAN WAGNER
**110 EAST MAIN STREET, SUITE 705**
**MADISON, WISCONSIN 53703**
**(608) 284-1200 FAX (608) 284-1260**

www.vanwagnerlaw.com                                chris@chrisvanwagner.com

June 21, 2021

Hon. William M. Conley, U.S. District Judge
U.S. District Court, W.D. Wisconsin
120 N. Henry Street
Madison, Wisconsin 53703

      **Re:** **U.S. v. Michael Eisenga (Case No. 20-CR-137-WMC)**
            *Letters in support of Sentencing*

Dear Judge Conley:

    I submit with this cover letter the following letters in support of sentencing in this case.

1. David & Mary Jean Eisenga, Mike's Father and step-mother (1 pp).
2. Judy Stricker, Mike's mother (1 pp).
3. David Stricker, Mike's step-father (2 pp).
4. Rochelle Schrader, Mike's sister (1 pp).
5. Roselyn B. Warren, Mike's grandmother (1 pp).
6. Danette Henke, a long-time family friend (1 pp).
7. Richard Sheard, a local community member and friend of Mike (1 pp).
8. Pamela Mainz, Employee of one of Mike's assisted living facilities (1 pp).
9. Mark Forster, friend and employee of Mike (2 pp).
10. Rebecca Maas, one of Mike's facility managers (1 pp).
11. George Jordan, community member and friend of Mike (1 pp)
12. Douglas Butler, School Principal for Mike's kids (1 pp).
13. John Hobbin, former pastor to Mike (1 pp).

    Thank you for your consideration of the thoughts of these folks who know Mike well.

                              Respectfully submitted,

                              */s/ (electronically signed)*
                              Christopher T. Van Wagner

Enclosures
cc:    AUSA Duchemin (via ecf) (w/encs.)
        SUSPO Rich Williams (via ecf) (w/encs.)

---

                            *CRIMINAL TRIAL LAWYER*
**FEDERAL & STATE CRIMES**        **DRUNK DRIVING**        **FELONIES & MISDEMEANORS**

To the Honorable Judge William M. Conley
Judge U.S. District Court
120 North Henry Street
Madison, Wisconsin  53703

    We are Michael Eisenga's Father and Step Mother. He is our only son and the father of 3 of our grandsons.
    We love Mike and are proud of all of his accomplishments throughout his life including serving as city Mayor of Columbus, Wisconsin for several terms; being actively involved in his church and raising his sons in the Christian faith. He attends all the boys activities, parent conferences, sports events, music programs, academic programs and school class trips.
    We understand that Mike is being sentenced for a serious crime he committed, that he committed a false loan application to keep his business development going. He has continuously expressed to us his regret for doing this since making us aware of this situation. He has stated "this is the biggest mistake I have made in my life".
    Mike is working hard every day to meet his financial obligations including the loan payments, and he has been seeking government permission to liquidate the majority of his assets to put toward the payment of the loan all the while still trying to keep up with a very high monthly child support payment.
    If Mike is having to serve time we are committed and helping him by taking the leadership role temporarily in overseeing operations of his 3 senior living facilities. He has been a dedicated owner and operator of these facilities serving senior citizens in Beaver Dam, Waupun, and Mayville Wisconsin. It will be important for him to continue growing these facilities in person because he is the leader and motivator to his management team and employees. We truly believe his businesses will do better with his ability to participate in leading and managing them and ask that he be given a shorter sentence so he can continue to pay towards his payments that are due.
    As his parents we are praying for mercy in your judgement so Mike can be an active part in the lives of his 3 sons who are 15, 14 and 12. They need him to be present for them as they grow to be young men.
    Thank you for your attention and consideration in this matter.

Sincerely,

*[signatures]*

David and Mary Jean Eisenga

①

Honorable William M. Conley
Judge U.S. District Court
120 N Henry St
Madison, WI 53703

Honorable William M. Conley

I am Judy Stricker, the mother of Mike Eisenga.

Mike and I have always had a close relationship. Mike has always taken working seriously. Even as a young teenager he had a paper route and also worked in the pet store I owned.

When Mike started his own Mortgage Company, I was his first employee, I continued to work for him for 10 years. The reps from the mortgage and title companies always said they liked working with Mike. He has been a successful business man and I have been very proud of him. He owned a mall, golf course, apartment complex mortgage company, farm land and assisted living facilities, and other office and commercial properties.

He has always been very generous to the community, the church, the Abundant Life Christian school and the city. He also hired local teenagers and college students to work part time.

I understand Mike is being sentenced for a serious crime he committed. He submitted a false loan application to keep his business development from going into foreclosure. He would like the opportunity to pay back the money he owes.

Mike has always been very honest, so this is out of character for him. He realizes it was wrong and said so many times and has told me he just wants to make it right. Mike has come to each of the family members and explained how remorseful he is about the situation. Many of his friends have contacted him also, and he explained to them he is sorry for his actions.

He explained how important it is to keep his businesses running so he can try to make things right.

I am hoping the court takes all this into consideration. The longer he is away will definitely affect the profitability of his businesses. He is at every meeting and is instrumental in decisions for each business. The longer he is away the harder it will be to make restitution. It will also affect his ability to take care of boys, financially, physically and emotionally. Mike has been a very important part of our family; he has always shared willingly with all of us.

I ask you to consider Mike's many years of hard work and service to the community, his church and family. Please keep this in mind in deciding his punishment.

I ask you to show as much mercy as the law allows, so he will continue to have successful businesses, so he can pay back his debt to the bank.

Please allow Mike to prove that he has learned a lesson.

Judy Stricker



DAVID K STRICKER
W11879 Lange Road
Columbus, Wisconsin 53925

Honorable William M. Conley
Judge U. S. District Court
120 N Henry St.
Madison, WI 53703

DEAR JUDGE CONLEY,

This letter is a letter of reference for Michael S. Eisenga.

I am Michael Eisenga's stepfather. I married his mother Judith Eisenga in October 1989. Michael and his sister and my two children were raised in our house from that time on. I knew him a few years before that however. Michael is one of four equal children in our marriage. He is the father of three of our nine grandchildren.

Michael is very independent, has good analytical skills, an excellent memory and an unfailing sense of trust in everyone around him and working for and with him. He has had a very active interest in politics which led him to become a young mayor of Columbus, Wisconsin. That also led him to an active interest in serving Columbus, trying to grow the city while in office and afterwards. He has donated to the city significant funds for the Aquatic Center during construction and later for equipment. His life plan has been to live in and support the City of Columbus as I have heard him say several times.

Michael's other main interest of course has been growing his entrepreneurial business in a way to support himself and family. On his own he started a mortgage business which grew to multiple locations and was quite successful. The 2007 recession and the Dodd Frank Act worked to take the profitability down in that business to a very low level. While that business was active, he employed his mother, several family members, hired and trained many others and offered jobs to college students. To diversify and offset the lowering profitability of the mortgage business, he purchased an assisted living facility in Beaver Dam, another in Waupun and built a new third one in Mayville, WI. He has had several other real estate endeavors along the way including ownership of a golf club in Columbus, a shopping mall in Madison, an apartment complex in Madison, a 75-acre farm near Columbus and others.

I am aware at this point of the seriousness of the crime Michael has pled guilty to. He came to his mother and me first at the point of the charges becoming public and explained what he had done. He explained the false documents and the anticipated loss of his properties. He didn't hide anything that I know of and said quite emphatically "this is the most stupid thing I have ever done". "I have no one to blame but myself". He explained and I understand that he turned himself in, pleaded guilty and is now making payments to pay back the lender while awaiting sentencing.

Since all this has been happening, Michael has been attempting to turn every single asset he has into some sort of revenue producing stream to meet all the financial obligations. All portions of his mortgage business offices and parking lot (school bus storage) are rented, the former commercial manufacturing facility tied to the mortgage business has been rented to multiple parties. The farm is rented. The lake home he owns near Oconomowoc has been rented as much as possible leaving him personally (and the rest of his family) little time to use it. The old pontoon boat and Cobalt runabout are rented, when possible, to house renters. The Mill Street building where he lives upstairs in an

③

apartment has office areas that are rented. Of course, the three assisted living facilities he owns and manages are rented out as fully as he can. I am not sure what I may have missed here but what I am sure of is that his efforts to rent and produce revenue in all his properties has never been higher than the last year or so.

I do not know the exact amount of money his is attempting to pay back but I do know the amount is manageable and can be paid back with sustained efforts like he is putting forward. Clearly, he has made sizable income levels in the past and should he be able to focus on paying these obligations back. I think it is possible. I think it may be somewhat more difficult with this felony hanging over his head to start additional businesses or be entrepreneurial like he might like, but again if left to focus on what he has, he can make restitution.

The seriousness of what Michael has done is clear. A sentence for this is certain. If prison time is lengthy, the less likely Michael's dad, stepmom, stepdad (me) and designated facility manager Mark can keep all these things running as they are now. A lower revenue stream is certain and none of us can carry the ball so to speak as Michael has day to day. Complicating the situation is the fact that "when the cat is out, the mice will play". Apartments won't get filled as quickly, groceries and supplies will find legs in the facilities. Lake house renters won't get checked up on when they leave with the same scrutiny. Boats will get returned damaged without close oversite. Farm renters won't get checked on to see if fertility levels are being maintained. Facility maintenance will probably be somewhat lax. The shear number of business activities going on here may not be fully appreciated but what I am pointing out is not overstated. While the family mentioned is going to do what we can and use what skills we have to cover for Michael in his absence, there is a slim chance that all will run as well as he can do it.

What has not been covered here is the impact Michael's incarceration is going to have on his three growing and wonderful boys. The boy's mother is part of the most dysfunctional family I have ever known. Thus, not only do the boys want more time with their dad, they want to be with him a lot. Michael being gone is going to be very damaging. Even the grandparents are going to be cut off if the mother continues her year's long strategy which she learned in her own family.

Michael has damaged himself in significant ways. He has lost the trust of many, found his name dragged through the papers, lost his ability to be the entrepreneur that he once was, perhaps eliminated his ability to participate in political events or run for future office and more. He has hurt himself seriously and this should be kept in mind as part of the punishment.

Judge Conley, I would simply ask you do what you have to but be as lenient as you can. Mike is not a risk to society for sure. He can make restitution if allowed to put his effort into running the businesses he has and most importantly be the father these three boys need just as he has been. The opportunity to make all this a positive learning experience for the boys is very real. A long prison sentence with Michael out of the picture with the boys and them separated from the rest of us in Michael's family will expose these boys to a much more unpleasant experience.

Thank you for considering.

/s/ (electronically signed)

David Stricker

Dear Honorable William M. Conley,

Thank you for your time and consideration. I am Mike Eisenga's sister and am writing this letter on his behalf. Mike and I have been very close as siblings. We grew up knowing the importance of family.

Mike is a hardworking businessman. He has owned several businesses including a golf course, apartment buildings, a mortgage company, and assisted living facilities. He has always given back to his community by donating to local charities and helping to build up the community by contributing to the city, the church, the pool, and pavilion. He is very generous to our family, inviting us to his lake house and inviting family to travel with him. My children love to spend time with him and his children.

I understand that Mike has committed a serious crime by submitting false information on a loan application and has since lost that property through a foreclosure. Mike has expressed his remorse and regret to me. He wishes that he had never submitted false information. He would like the opportunity to do what is right and pay it back to the bank that he owes the money to. Mike has always been extremely honest. Hearing what he had done was quite a surprise to me and did not fit his normal character. Mike's financial situation changed as some of his businesses were tanking. Through the stress he filed a motion through the court for a change in circumstance to adjust his child support that kept getting pushed back and eventually denied. I know that he realizes what he did was wrong, he has learned from the situation and would not make this kind of mistake again.

Despite all of the stress, Mike has continued to work hard to keep his businesses and himself afloat. He has even turned his lake property into a commercial vacation rental property in 2018 to be able to pay his bills. I know that he would like to work out a plan with the bank for repayment. He feels that it is important to right the wrong that he has created.

I understand that Mike needs to recompense for his crime. I ask for the court's greatest leniency for his sentencing. Please consider that Mike came forward and admitted his guilt, has tried to find a way to pay the bank back, has been embarrassed publicly, lost the respect of many community members, and has expressed remorse and regret for his actions. As a businessman, it is important for him to be present to run his businesses. The longer that he is away, the harder it will be for him to take care of his businesses and also pay back the bank that he owes money to. In addition, it will affect his ability to take care of his children financially, physically and emotionally. He has a strong bond with his children and spends as much time with them as he can. It will negatively impact our entire extended family as well. There is great concern that in addition to losing time with Mike, we may not be able to see his children either,

Please consider showing Mike as much mercy as the law will allow. He is an important member of our family.

Sincerely,
Rochelle Schrader



3218 Village Lane
Port Charlotte, FL 33953
June 17, 2021

The Honorable William M. Conley
Judge U.S. District Court
120 N. Henry Street
Madison, WI 53703

Dear Sir,

Re: Michael S. Eisenga

Michael informed me some time ago that he had transacted a business deal that was wrong and that he would be subject to incarceration for it. It has weighed heavily on my mind, and I now understand that you will be the one to make this decision. Hence, I will write to you on his behalf just to tell you a bit about how I know Mike, how much I value honesty, how important it is to acknowledge a wrongdoing, and then how important it is to make amends.

I first met Mike as a young teenager when my son (David Stricker) married his mother (Judith Eisenga) and I became his step grandmother. I have always tried to treat Mike and his sister in every way the same as I do for my two blood grandchildren, Likewise, David and Judy have done the same for all four of their children. We have been a close and loving family, and I have enjoyed nine great grandchildren as the result. Mike's three sons are very important to me.

I have watched Mike grow up, struggle to find his way in the business world, and then to begin to experience success with his business career. I have been impressed with his intelligence, his willingness to give jobs to young family members, his generosity to his entire family and to his community, but most of all his love, constant interest, and time for his three sons. I spent nearly twenty years in Wisconsin after I retired; so I was included in all family events, was close to Mike's boys from birth, saw them almost weekly, and was escorted by Mike to a number of social events when he needed a partner after his divorce.

It is my understanding that Mike will make every effort to repay his debt in full if you will allow him a reduced sentence so that he can give his business the attention it needs. I have every belief in his intelligence and his intentions to be able to do that. However, even more important to me, are his three sons. They need him desperately! There is no doubt that he is the most important influence on their lives, particularly in their teenage years. If you would see them together, I know you would agree.

Mike has already suffered embarrassment and regrets from his community, business associates, political friends, and the whole family. I share his sorrow.

Sincerely,
(Electronically signed)
Roselyn B. Warren



Honorable William M. Conley  
Judge U.S. District Court  
120 N.Henry Street  
Madison WI 53703  

Dear Judge Conley:

I have known Mike for 30 some years. My husband and I are close friends of his parents and consider Mike a friend as well. Mike joined our church in 1990 from the beginning he took on leadership roles and helped the Minister with the youth group and the youth Convo. Religion has always been very important to Mike. Mike donated most of the food for church dinners. Mike has also been active in politics for some years now. He takes politics seriously and wants what's best for the country. And, on top of that, Mike was the first employer my daughters ever had, they worked at his mortgage company.

I understand that Mike is being sentenced for a serious crime he committed (I know he submitted a false loan application to keep his business development going, later defaulted on it, then lost that property through foreclosure.) It's hard for me to believe he did it because that is so unlike Mike, but he fully admits it; he must have felt desperate to have done that and I have heard him say he wishes that he had filed bankruptcy instead.

He still owes the lender several million dollars which is why we hope you see fit to be lenient when sentencing him. He wants to keep working to pay back the lender and to support his boys. I believe that Mike can succeed in his plan to repay the lender in full. He is a hard worker and previously paid his bills in full.

I know that Mike is remorseful as well as ashamed and embarrassed that he sunk so low as to do what he did which is so out of character for him. Mike wanted to do something good for the community by bringing in a new grocery store.

Mike is hoping and planning to keep his businesses going s he can work to repay everything he owes. He's a smart businessman who made a terrible mistake, in my view he had a lapse in judgment because of what had to be desperation. I know he wants a chance to make amends.

Thank you.

/s/ (signed electronically)

Danette Henke



June 18, 2021

Honorable William M. Conley
Judge U.S. District Court
120 N. Henry Street
Madison, WI 53703

I have known Mike Eisenga for a number of years. During this time, he served as Mayor of the City of Columbus and I served as an Alderman. It is unfortunate for such a dedicated public servant to end up in this situation.

I have found him to also be a dedicated and responsible Father and Parent of his three young Sons. He has also worked to support charities, including working with me and others in building a home for a family in a Habitat for Humanity project.

He was the Chairman of my local church Administrative Council, showing good leadership skills as well as strong financial support for the Church budget.

I recently had an opportunity to sit down and discuss with him the remorse he felt for his crime brought about during a time of great financial stress he experienced. Being a majority owner of several business with over 100 associates, I understand what it is like to suffer through hard times and then be able to still recover from financial stress.

I understand you are in the position too sentence Mike, for making a false representation on a loan application, too which he has confessed. I trust you will provide him with the leniency which would allow him to make financial restitution, as best as possible and allow him to continue to be a part of the life of his three young sons, as they grow and need the guidance of a male figure in their lives.

Thank you for allowing me to provide information to help you make the best decision for the benefit of both parties.

Richard Sheard

Richard Sheard



Pamela Mainz
104 Vista Del Parco
Sullivan, WI 53178
pmainz@prairieridgeassisted.com
920.210.4039


June 18, 2021

Honorable William M. Conley
Judge U.S District Court
120 N. Henry Street
Madison, WI 53703

Dear Honorable William M. Conley

I have known Mike Eisenga for 3 ½ years while employed by Advantage Management, DBA: Prairie Ridge Assisted Living. Mike and I have worked very well together. He's been a great boss and has given me a great deal of respect and has entrusted me to do all the facility marketing and to do all the admissions for all 3 of his facilities. Mike and I strategize often on many different ideas regarding marketing, and I respect and learn a lot when doing that strategizing.

I understand that Mike committed a serious crime and that he will be doing jail time.
I believe Mike regrets deeply the crime he has committed and understands the repercussions. I know that the group of people that Mike has working for him now will work diligently to keep his business going strong. We all understand the seriousness of his crimes and know that it's important for Mike financially to keep the company producing and making money so that he can pay back all that he owes for the crimes of fraud. We also will keep the company going strong for his family and especially for his sons, and their futures.


Respectfully,

*P. Mainz*

Pamela Mainz



Mark Forster
215 North Walnut Street
Mayville, WI 53050

June 18, 2021

Honorable William M. Conley
Judge U.S. District Court
120 N. Henry St.
Madison, WI 53703a

Dear Honorable William M. Conley,

I am writing this letter to give you my perspective and opinion of Michael Eisenga (Mike). I have worked for Mike since December of 2016, while working for him I have gotten to know him personally and professionally. Mike has taught me a lot about business as well as personal life lessons. He has always been someone for me to talk to and learn from and has, in my opinion given me good advice that is reasonable that has helped me grow and be successful. His advice has also helped me grow and be a better father to my children.

I understand that Mike is being sentenced for a serious crime that he committed, and I understand that there are consequences for your actions, Mike also understands that there are consequences because he has expressed that to me and has taken ownership for his actions for completing and submitting a false loan application to obtain a significant amount of money and later defaulting on the loan. In my opinion, it is very difficult for someone that has been so successful in life to admit when they are wrong or did wrong, Mike has admitted and owned that he made a poor choice to commit this crime. He has not only admitted to me that he feels bad that he actually applied for the loan but also that he feels bad for the employees of the bank that he worked with to get the loan approved.

One thing that Mike talks about the most and consistently is his children. The times that I have seen Mike interact with his three sons I can tell that they all really look up to him and that they are his number one priority. Since I have known Mike he has always been very busy with work, so being a single father and having the relationship with his children that he does I feel is very impressive.

I know the court will most likely need to sentence Mike to prison and working with Mike on a daily basis I have seen Mike taking proper steps to ensure that his companies continue being profitable businesses so that he can become whole with his victim. I truly believe that the steps he is taking to prepare will allow him to continue making money while he is serving his sentence and after completing his sentence. However, with Mike's business and life experiences the longer that he is away from being involved in the day-to-day business, I fear will put the companies at risk of not being as profitable. Seeing that Mike is in the process of taking the steps

Page 1 of 2

to prepare for his absence, I feel that he does not think he is just simply going to get a slap on wrist for what he did which shows me that he really understands the severity of his actions and the affects it has caused and will own the punishment given to him.

I am not only advocating as an employee but as a friend that you can give Mike as much leniency as the law permits when making a sentencing decision. Thank you for taking the time to read my letter and please take into consideration the potential effects Mike's children, family, friends, and business will suffer from him having to serve a long prison sentence.

Thank You,

Mark Forster

June 21, 2021

The Honorable William M. Conley
U.S. District Court, 120 N. Henry St
Madison WI, 53703

Rebecca L. Maas
505 Indiana Ave.
N. Fond du Lac WI, 54937

Dear Judge William M. Conley:

I am writing this letter on behalf of Michael Eisenga. I have known Mike since 2018 when I became a Care Coordinator for the Beaver Dam Prairie Ridge Assisted Living Facility. Since then, Mike has promoted me to Administrator of Beaver Dam and Mayville facilities in 2019. In early 2020, again promoting me to Administrator of all three facilities. In mid-2020, promoting me to Executive Director of all three Prairie Ridge facilities.

Mike and I work close together to manage these facilities. Whiling working together I have found Mike to be honest, open minded and caring.

I understand that Mike is being sentenced for a serious crime in which he submitted a false loan application to keep his business development going, that he later defaulted on and then had property taken from him through foreclosure, and still owes the lender several million dollars.

Mike has told me about this and how it was a mistake from his past and regrets making that decision. I know the court has to sentence Mike to prison for the crime he committed but I believe he plays a essential role in helping me operate the Assisted Living Facilities. If Mike is in prison and away from his role in helping operate these facilities it may damper their success.

Your Honor I am asking you to consider Mike's role as owner/operator of these Assisted Living Facilities when sentencing.

Sincerely,

*[signature]*

Rebecca L. Maas

(10)

18 June, 2021
546 Park Avenue
Columbus, WI  53925

Honorable William M. Conley
Judge U.S. District Court
120 N. Henry Street
Madison, WI  53703

ref:  Michael Eisenga

Sir,

   We have known Mike for 39 years, initially through church, community activities and civic activities; including when I was a Councilman during his stint as Mayor, and as a Church Trustee while he was head of the Administrative Board.  All this time, we have considered him as a valuable asset to the community and church, knowing of his willingness to always help and assist organizations and individuals.

   Mike has admitted his mistake with respect to the false loan applications, taking full responsibility for his actions, and has not tried to place blame on anyone else.  He had brought several businesses to the Columbus area, all of which were great additions for the community.  As I understand it, while they were faltering he tried to keep them viable, or find replacements, not only for his business interests, but also for the benefit of the community and for his businesses' employees.  Although, not an excuse, he may have relied on promises for business deals that, rightly or wrongly, were unfulfilled. Mike has expressed extreme remorse not only for the loss of these valuable additions to the community, but especially for the causing embarrassment to the community.  Additionally, he has voluntarily resigned from a beloved fraternal organization to avoid bringing embarrassment to his brothers.

   I believe that if Mike has said he intends to repay the loan amount, he will do so.  His business acumen is astounding, having been very successful in several areas simultaneously. We have also admired the dedication he has shown, especially considering a good degree of difficulty in a unfortunate marital situation, in raising his three sons as responsible, respectful young men.  Even considering his personal situation (child support and alimony), with his capabilities he will be able to repay his debts – if given the opportunity to do so.  We understand the court will most likely sentence Mike to confinement, considering he did break the law, but would hope that the amount of time would be minimal; perhaps using probation, to allow him to compensate for his offenses.  Also, time away from his sons will likely have a very negative effect on them.  Please consider that Mike, over the years has provided employment to many, many persons, has benefited our community, and has been exceedingly generous to many local charities.  He has to rebuild his reputation, regain trust, and redeem himself through good works.  We ask that you help in his redemption by granting as much leniency as possible.

   Please understand that many Columbus residents have accepted Mike's apologies and expressions of remorse.  I believe he has learned a "life lesson"  and that he be given the chance to redeem himself.  We sincerely ask that you grant him that opportunity by minimizing time in incarceration.

Respectfully,

*Electronically Signed*
George H. Jordan
COL (Ret) USARNG





**ABUNDANT LIFE CHRISTIAN SCHOOL**

4901 E. Buckeye Rd  |  Madison, WI  53716  |  608-221-1520  |  www.alcs.us

June 17, 2021

Honorable William M. Conley
Judge U.S. District Court
120 N. Henry St.
Madison, WI 53703

Dear Judge Conley:

I am writing this letter of reference on behalf of Mr. Michael Eisenga. My perspective is that of a school administrator who has observed Michael as the parent of enrolled students since his oldest son, Jack, began attending Abundant Life Christian School (ALCS) in August 2011.

Over the past ten years I have observed Michael's involvement around school in numerous ways. He has attended every single ALCS Parents' Day over that period until this year when COVID restrictions forced that special event to be cancelled. He has also been active in supporting his boys in other ways such as attending sporting events, attending Parent Teacher Conferences, bringing in birthday treats, and serving as a chaperone on field trips. He has even assisted the school with organizing people to meet – outside parties and connecting with other parents.

I understand that Michael is being sentenced for a serious crime he committed, specifically, that he submitted a falsified loan application to keep his business development going, that he later defaulted on that loan, then had the property taken from him through foreclosure, and he still owes the lender several million dollars. I realize that the court has to sentence Michael to prison for this, given the crime. However, I believe that the longer he is in prison (and therefore away from his businesses), the harder it will be for him to keep them going and thereby make full restitution.

Please consider Michael's many years of hard work and also his service to the business and local communities, and now he has now embarrassed himself forever. He has already fallen from the place of a respected business leader and has lost any good will or good reputation as a businessman and citizen. I urge you to keep those things in mind as well, when deciding how much punishment is enough.

Your Honor, I ask that you show Michael Eisenga as much mercy as the law allows, so that he can do his time, pay his debt to the victim and to society, but still be released in enough time to dedicate himself back to his businesses and thereby make them as profitable as possible, so that the can fully repay the lender he wrongly defrauded. I ask that you allow Michael a chance to prove that he learned his lesson, is chastened and, from my perspective, poses no future risk of doing anything similar.

Sincerely,

*Douglas Butler*

Douglas Butler, M.Ed.
Principal

⓬

**Educating the Next Generation of Servant Leaders to Impact the World for the Glory of God**



**Re: Letter of Reference for Mike Eisenga**

Pastor John Hobbins
Zion Lutheran Church
Oshkosh WI 54902

Honorable William M. Conley
Judge US District Court,
120 N. Henry St.
Madison WI 53703

Dear Judge,

Mike Eisenga was a member of my congregatoin when I was pastor of Columbus United Methodist Church, 2000-2004. I could count on him to be a faithful leader in the congregation and I could count on his support especially in the area of youth ministry, which was a passion of his.

I prepped Mike and Claire for marriage and officated at their wedding. I can attest that Mike and not just Claire tried to make things work.

I reslize that  Mike is being sentenced for a serious crime. I trust that the court consider sentencing him in such a way that he will still be in a position to work and repay the loan amount he owes and otherwise be a father to his children and a valued member of the larger community.

Sincerely,


Pastor John Hobbin

June 18, 2021\

