IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

UNITED STATES OF AMERICA,

                 Plaintiff,                 ORDER

v.

                                           Case No. 20-cr-137-wmc-01

MICHAEL EISENGA,

                 Defendant.

IT IS ORDERED that Michael Eisenga, the defendant in the above-entitled case, having been sentenced to the custody of the Bureau of Prisons, is hereby ordered to surrender to the Bureau of Prisons by reporting to Thomson SCP, 1100 One Mile Road, Thomson, Illinois, 61285 on August 31, 2021 between 12:00 and 2:00 PM.

IT IS FURTHER ORDERED that the Bureau of Prisons or its authorized representative is designated as an officer of the court for the purpose of receiving the defendant to begin commencement of his sentence.

IT IS FURTHER ORDERED that a certified copy of this order be mailed to the defendant by certified mail.

Entered this 8th day of July, 2021.

William M. Conley
U.S. District Judge