IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WISCONSIN

---

UNITED STATES OF AMERICA,

vs.                                                    Case No. 20-cr-137-wmc

MICHAEL EISENGA,
                Defendant.

---

## NOTICE OF APPEARANCE

NOTICE IS HEREBY GIVEN that Gergen, Gergen & Pretto, S.C., by Attorney William H. Gergen, will appear on behalf of Defendant, Michael Eisenga, and hereby demands that all papers and pleadings in said matter be served upon him at the following address:

    Gergen, Gergen & Pretto, S.C.
    105 Front Street
    P. O. Box 453
    Beaver Dam, WI 53916
    Telephone: (920) 887-0371
    Fax: (920) 887-2398

Dated this 9th day of March, 2022.

                                      **GERGEN, GERGEN & PRETTO, S.C.**
                                      Attorneys for Defendant Michael Eisenga

                                      By: _____
                                          William H. Gergen, SBN 1003061