**GERGEN, GERGEN & PRETTO, S.C.**
Attorneys at Law
105 Front Street
PO Box 453
Beaver Dam, WI 53916

**WILLIAM H. GERGEN**
**DAWN P. GERGEN**
Court Commissioner
**ROBERT A. PRETTO**

**PHONE: (920) 887-0371**
Fax: (920) 887-2398

HENRY G. GERGEN, JR.
(1917-1993)

March 9, 2022

Honorable William M. Conley
U.S. District Court Judge
Western District of Wisconsin
120 North Henry Street, Room 320
Madison, WI 53703

    *Re:*    *Michael Eisenga*

Your Honor,

    I thought it might be best to write you with a brief overview and explanation of the Motion we are filing today. Although I do not regularly practice in federal court, I did have experience with it years ago and my client, Michael Eisenga, indicates to me that Attorney Van Wagner, his prior counsel, has indicated to him that he does not do post-conviction motions of the type we have filed. Therefore, I have consulted with an outside consultant regarding the filing of this Motion and present it to you for your consideration under those circumstances.

    Between the Cares Act and the COVID-19 virus we are somewhat on the cutting edge here and, therefore, citations with respect to how similar motions are being handled in other courts are included to put the Motion in context. We felt it was necessary to include numerous citations in the Motion to render the Motion as up to date and accurate as possible.

    As I said at the start of this letter, I do not practice in federal court currently. I am bringing this Motion because I am Michael's lawyer in other matters in state court, this is a pressing matter and I do not want his health compromised, nor his life, and given the havoc that this virus has apparently caused not only in the prison system but in our Country in general, I did not want the matter to be delayed any further.

    It is my understanding that these motions are generally decided on submission and without an in-person hearing. If that is not the case, then I would ask that arrangements be made for Michael to appear in person or by Zoom from the prison in Thomson, Illinois.

    I thank the Court for its attention to this Motion and this letter. If the Court is inclined to grant this Motion, then I humbly request that a firm release date be set and someone, such as the

Warden for instance, be ordered to effectuate that so the bureaucracy does not delay implementation of this Court's Order once it is received.

                                              Sincerely,

                                              **GERGEN, GERGEN & PRETTO, S.C.**

                                              William H. Gergen

WHG:klf
cc: Mr. Michael Eisenga
      Meredith Duchemin, Assistant U.S. Attorney