# EXHIBIT 1

# William Gergen

**From:**          EISENGA MICHAEL (22263509)

**Sent Date:**     Tuesday, November 16, 2021 12:38 PM

**To:**            bill.gergen@beaverdamlawyers.com

**Subject:**       October 16th email to Warden

FROM: 22263509
TO: Warden
SUBJECT: ***Request to staff*** EISENGA, MICHAEL, Reg# 22263509, TOM-M-C
DATE: 10/16/2021 03:44:23 PM

To: Mr. Ciolli
Inmate Work Assignment:  compasionate release reques

Dear Warden Ciolli,

I am requesting a reduction in sentence/compasionate release pursuant to 18 U.S.C 3582 (c)(i)(a)(l).  Specifically,
I self surrendered on August 31, 2021.  At the time of my surrender I informed this institution that I've been under
long term treatment for several years from being exposed to malaria and provided medical staff with information
in regards to the type of medications (Mefron and 2 others) prescribed by a specialist.  However as of this date
this institution has failed to provide me with this necessary medication for my continued health and well being.
Since being incarcerated my symptoms returned and my health is declining rapidly.  Additionally, I have other
health issues such as Type 2 Diabetes, asthma, obesity, sleep disorder, hypertension, and planter facitis.
Therefore, because of the lack of the required medication , health complications, and the ongoing covid-19
pandemic I am request compassionate release from this institution pursuant to 18 U.S.C.3582 (c) (i) (a) (i).

Respectfully,

Michael S. Eisenga

# William Gergen

| | |
|---|---|
| **From:** | EISENGA MICHAEL (22263509) |
| **Sent Date:** | Wednesday, November 24, 2021 4:50 PM |
| **To:** | bill.gergen@beaverdamlawyers.com |
| **Subject:** | Word doc response from Warden |

NOTE:  This response was received by me 11-24-21 at 10:45am by M. Smith case Manager for Unit M.

Eisenga, Michael
22263-509
Unit M
-----------------------------------------------------------------------

Inmate Request to Staff Member Response

This is response to your Inmate Request to Staff regarding a Compassionate Release/Reduction in Sentence (RIS) based on the provisions for Debilitated Medical Condition.

After a reveiw of your case, we will not be pursuing a request for compassionate release on your behalf.  Among other review factors, Program Statement 5050.50, Compassionate release/reduction in sentence: Procedures for Implementation of 18 U.S.C.  &&3582(c)(1)(A) and 4205(g).  inmates who fit the criteria for Debilitated Medical Condition are inmates who have an incurable, progresside illness or who have suffered a debilitating injury from which they will not recover.  The BOP considers a RIS if the inmate is completely disabled, meaning the inmate cannot carry on any self-care and is totally confined to a bed or chair; or capable of only limited self care and is confined to a bed or chair more than 50% of waking hours.

Your request cited consideration criteria associated with a medical history of malaria, which you report receiving long term treatment for, as well as conditions including diabetes, hypertension, sleepdisorder and plantar fascitis.  At this time, these conditions do not meet the criteria for a RIS based on debilitated medical condition, as above.  An additional criteria noted in your request is the ongoing COVID-19 pandemic.  We recognize you, like all of us, have legitimate concerns and fears about the spread and effects of the virus.  However, your concern about being potentially exposed to, or possibly contracting, COVID-19 does not currently warrant an early release from your sentence.  Additionally, COVID-19 vaccination is available to all BOP inmates at this time.

Accordingly, you are not appropriate for RIS at this time.  If you are dissatisfied with the response, you may file an appeal pursuant to Program Statement 1330.18, adminstrative remedy program, within 20 calendar days of the date of this response.

I trust this addresses your concerns.

11/22/21                                         A. Ciolli, Warden