# EXHIBIT 4

```
TOMDJ  540*23  *           SENTENCE MONITORING           *    09-21-2021
PAGE 001       *             COMPUTATION DATA            *    09:29:06
                            AS OF 09-21-2021

REGNO..: 22263-509 NAME: EISENGA, MICHAEL


FBI NO............: FDNV3N06W              DATE OF BIRTH: 08-26-1971  AGE: 50
ARS1..............: TOM/A-DES
UNIT..............: M-UNIT                 QUARTERS.....: M03-010L
DETAINERS.........: NO                     NOTIFICATIONS: NO

HOME DETENTION ELIGIBILITY DATE: 04-19-2024

THE FOLLOWING SENTENCE DATA IS FOR THE INMATE'S CURRENT COMMITMENT.
THE INMATE IS PROJECTED FOR RELEASE: 08-23-2024 VIA GCT REL


-----------------------CURRENT JUDGMENT/WARRANT NO: 010 -------------------------

COURT OF JURISDICTION............: WISCONSIN, WESTERN DISTRICT
DOCKET NUMBER....................: 0758 3:20CR00137-001
JUDGE............................: CONLEY
DATE SENTENCED/PROBATION IMPOSED: 06-23-2021
DATE COMMITTED...................: 08-31-2021
HOW COMMITTED....................: US DISTRICT COURT COMMITMENT
PROBATION IMPOSED................: NO

                  FELONY ASSESS  MISDMNR ASSESS  FINES        COSTS
NON-COMMITTED.:   $100.00        $00.00          $00.00       $00.00

RESTITUTION...:   PROPERTY: NO   SERVICES: NO    AMOUNT: $4,027,035.51

------------------------CURRENT OBLIGATION NO: 010 -----------------------------
OFFENSE CODE....: 156       18:1344 BANK FRAUD
OFF/CHG: 18:1344(2) & 2 LOAN FRAUD

 SENTENCE PROCEDURE.............: 3559 PLRA SENTENCE
 SENTENCE IMPOSED/TIME TO SERVE.:    42 MONTHS
 TERM OF SUPERVISION............:     5 YEARS
 DATE OF OFFENSE................: 01-16-2019




G0002        MORE PAGES TO FOLLOW . . .
```

```
TOMDJ   540*23  *              SENTENCE MONITORING          *    09-21-2021
PAGE 002 OF 002 *              COMPUTATION DATA             *    09:29:06
                               AS OF 09-21-2021

REGNO..: 22263-509 NAME: EISENGA, MICHAEL


------------------------CURRENT COMPUTATION NO: 010 --------------------------

COMPUTATION 010 WAS LAST UPDATED ON 09-01-2021 AT DSC AUTOMATICALLY
COMPUTATION CERTIFIED ON 09-02-2021 BY DESIG/SENTENCE COMPUTATION CTR

THE FOLLOWING JUDGMENTS, WARRANTS AND OBLIGATIONS ARE INCLUDED IN
CURRENT COMPUTATION 010: 010 010

DATE COMPUTATION BEGAN............: 08-31-2021
TOTAL TERM IN EFFECT..............: 42 MONTHS
TOTAL TERM IN EFFECT CONVERTED...:   3 YEARS     6 MONTHS
EARLIEST DATE OF OFFENSE..........: 01-16-2019

JAIL CREDIT.......................:  FROM DATE    THRU DATE
                                     12-15-2020   12-15-2020

TOTAL PRIOR CREDIT TIME...........: 1
TOTAL INOPERATIVE TIME............: 0
TOTAL GCT EARNED AND PROJECTED...: 188
TOTAL GCT EARNED..................: 0
STATUTORY RELEASE DATE PROJECTED: 08-23-2024
ELDERLY OFFENDER TWO THIRDS DATE: 12-30-2023
EXPIRATION FULL TERM DATE........: 02-27-2025
TIME SERVED.......................:     23 DAYS
PERCENTAGE OF FULL TERM SERVED..:  1.7
PERCENT OF STATUTORY TERM SERVED:  2.1

PROJECTED SATISFACTION DATE......: 08-23-2024
PROJECTED SATISFACTION METHOD....: GCT REL

REMARKS........: V/S TO TOM 8-31-21




G0000         TRANSACTION SUCCESSFULLY COMPLETED
```

```
                              INMATE HISTORY             23...
                              ADMISSION DATA
                              AS OF 03-21-2021
```

INMATE... [illegible] ... MICHAEL

```
FBI NO............. [illegible]              DATE OF BIRTH: 00-24-1971  AGE: 50
ARS.............. [illegible]
UNIT.............. [illegible]                QUARTERS......: [illegible]
DETAINERS........: NO                         NOTIFICATIONS: NO
```

HOME DETENTION ELIGIBILITY DATE: 04-19-2024

THE FOLLOWING SENTENCE DATA IS FOR THE INMATE'S CURRENT COMMITMENT.
THE INMATE IS PROJECTED FOR RELEASE: 08-23-2024 VIA GCT REL.

---------------------------------CURRENT JUDGMENT/WARRANT NO: 010---------------------------------

```
COURT OF JURISDICTION............: WISCONSIN, WESTERN DISTRICT
DOCKET NUMBER....................: 3:20CR00137-002
JUDGE............................: CONLEY
DATE SENTENCED/PROBATION IMPOSED.: 04-20-2021
DATE COMMITTED...................: 05-31-2021
HOW COMMITTED....................: US DISTRICT COURT COMMITMENT
PROBATION IMPOSED................: NO

                    FELONY ASSESS/MISDMNR ASSESS  FINES            COSTS
NON-COMMITTED.:     $200.00       $00.00          $00.00           $00.00

RESTITUTION...:     PROPERTY: NO    SERVICES: NO       AMOUNT: $4,027,035.51
```

--------------------------------CURRENT OBLIGATION NO: 010---------------------------------
OFFENSE CODE....: 156      18:1344 BANK FRAUD
OFF/CHG: 18:1344(2) & 2 LOAN FRAUD

```
SENTENCE PROCEDURE.............: 3559 PLRA SENTENCE
SENTENCE IMPOSED/TIME TO SERVE.: 42 MONTHS
TERM OF SUPERVISION............: 5 YEARS
DATE OF OFFENSE................: 01-16-2019
```

G0002      MORE PAGES TO FOLLOW . . .

```
TOMDJ   540*23 *              SENTENCE MONITORING                09-21-2021
PAGE 002 OF 002 *             COMPUTATION DATA                   09:29:06
                              AS OF 09-21-2021

REGNO..: 22263-509 NAME: EISENGA, MICHAEL


------------------------------CURRENT COMPUTATION NO: 010 -----------------------

COMPUTATION 010 WAS LAST UPDATED ON 09-01-2021 AT DSC AUTOMATICALLY
COMPUTATION CERTIFIED ON 09-02-2021 BY DESIG/SENTENCE COMPUTATION CTR

THE FOLLOWING JUDGMENTS, WARRANTS AND OBLIGATIONS ARE INCLUDED IN
CURRENT COMPUTATION 010: 010 010

DATE COMPUTATION BEGAN............: 08-31-2021
TOTAL TERM IN EFFECT..............:   42 MONTHS
TOTAL TERM IN EFFECT CONVERTED..:    3 YEARS     6 MONTHS
EARLIEST DATE OF OFFENSE..........: 01-16-2019

JAIL CREDIT.......................:    FROM DATE       THRU DATE
                                        12-15-2020     12-15-2020

TOTAL PRIOR CREDIT TIME...........: 1
TOTAL INOPERATIVE TIME............: 0
TOTAL GCT EARNED AND PROJECTED..: 188
TOTAL GCT EARNED..................: 0
STATUTORY RELEASE DATE PROJECTED: 08-23-2024
ELDERLY OFFENDER TWO THIRDS DATE: 12-30-2023
EXPIRATION FULL TERM DATE........: 02-27-2025
TIME SERVED.......................:   23 DAYS
PERCENTAGE OF FULL TERM SERVED..:  1.7
PERCENT OF STATUTORY TERM SERVED:  2.1

PROJECTED SATISFACTION DATE......: 08-23-2024
PROJECTED SATISFACTION METHOD...: GCT REL

REMARKS.........: V/S TO TOM 8-31-21




G0000        TRANSACTION SUCCESSFULLY COMPLETED
```