IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

UNITED STATES OF AMERICA,

vs.  Case No. 20-cr-137-wmc

MICHAEL EISENGA,

Defendant.

---

MOTION

---

The Defendant, Michael Eisenga, by his attorneys, Gergen, Gergen & Pretto, S.C., by Attorney William H. Gergen, respectfully requests seven days within which time to reply to the Government's response to this Motion, and asks the Court to withhold ruling on said Motion until such reply is filed.

Respectfully submitted this 25th day of March, 2022.

GERGEN, GERGEN & PRETTO, S.C.

By: _____
William H. Gergen, SBN 1003061
Attorney for Defendant, Michael Eisenga

Gergen, Gergen & Pretto, S.C.
105 Front Street
P.O. Box 453
Beaver Dam, WI 53916
Ph: 920-887-0371
Fax: 920-887-2398