IN THE UNITED STATES DISTRICT COURT ~~FILED/REC'D~~
FOR THE WESTERN DISTRICT OF WISCONSIN

2022 AUG 26  A 10: 31

CLERK OF COURT
U.S. DISTRICT COURT
W/0 OF WI

UNITED STATES OF AMERICA

      v.

                                                     Case No. 20-CR-137

MICHAEL EISENGA,

          Defendant,

CITY OF COLUMBUS,

          Garnishee Defendant.

---

## ANSWER OF GARNISHEE

---

Brandon Bledsoe, BEING DULY SWORN DEPOSES AND SAYS:

That he is the Assistant Administrator of the Garnishee, a municipal corporation organized under the laws of the State of Wisconsin.

On the 15th day of August, 2022, Garnishee was served with the Writ of Continuing Garnishment.

         Yes  No

1.    \_\_   X     The Garnishee has custody, control or possession of the following property in which the debtor maintains an interest, as described below:

| Description of Property | Approximate Value | Description of Defendant's Interest of Property |
|---|---|---|
| (1) | | |
| (2) | | |
| (3) | | |
| (4) | | |

Yes  No

2. ___  _X_      Have there been previous garnishments in effect?

If the answer is yes, describe below.

_____

_____

Yes  No

3. ___  _X_      Garnishee anticipates owing to the defendant in the future, the following
amounts:

Amount                                    Estimate Date or Period Due

(1)  $_____            _____

(2)  $_____            _____

(3)  $_____            _____

(4)  $_____            _____

Yes  No

4. ___  _X_      The Garnishee has account(s) at this institution.  However, the account(s)
currently contain no assets.  The institution will forward assets as they
become available in the account(s).

(Check the applicable line below if you deny that you hold property subject to this order of
garnishment.)

Yes  No

5. _X_  ___      The Garnishee has the following objections, defenses, or set-offs to
Plaintiff's right to apply Garnishee's indebtedness to defendant:

See attached Exhibit A.

\\msnfs2\share\docs\WD\53481\131\A4620140.DOCX

Yes   No

____   _X_   The Garnishee is in no manner and upon no account indebted or under liability to the defendant and that the Garnishee does not have in his/her possession or control any property belonging to the defendant, or in which the Garnishee has an interest; and is in no manner liable as Garnishee in this action.

6. The Garnishee mailed a copy of this answer by first-class mail to (1) the Debtor and (2) the U.S. Attorney's Office, 222 W. Washington Ave., Suite 700, Madison, WI 53703. Said copy was mailed on _August 23_ , 2022.

7. The Garnishee shall file this original answer with the Clerk of the United States District Court, 120 North Henry Street, Room 320, Madison, WI 53703.

| Subscribed and sworn to before me this 23 day of August , 2022. | |
| --- | --- |
| *Patr g. Goll* | *[signature]* |
| Notary Public | Garnishee Signature |
| | Brandon Bledsoe |
| (Seal) | (Type or print name) |
| | Assistant Administrator |
| | (Indicate your relationship to Garnishee: President, Treasurer, Payroll Clerk, etc.) |
| My commission expires: 4-17-24 | 920-623-5900 |
| | Telephone number of Garnishee |



NOTARY PUBLIC
PATRICIA J. GOEBEL
STATE OF WISCONSIN

\\msnfs2\share\docs\WD\53481\131\A4620140.DOCX

**EXHIBIT A**
**TO ANSWER OF GARNISHEE**

5.    The Garnishee does not have custody, control or possession of any property in which the debtor, Michael Eisenga, maintains an interest.  However, the Garnishee does have custody, control and possession of the following property owed to Columbus Commerce Center LLC, an entity in which the Garnishee is aware that Michael Eisenga is a member.  Garnishee will hold these funds pending further order of the court.

1.    $71,989.70 representing a 2019 tax increment payment due to Columbus Commerce Center LLC for Parcel No. 1512.02 in the City of Columbus, pursuant to a Development Agreement between the City of Columbus and Columbus Commerce Center LLC dated March 6, 2012.

2.    $47,206.59 representing a 2020 tax increment payment due to Columbus Commerce Center LLC for Parcel No. 1512.02 in the City of Columbus, pursuant to a Development Agreement between the City of Columbus and Columbus Commerce Center LLC dated March 6, 2012.

3.    $34,176.06 representing a 2020 tax increment payment due to Columbus Commerce Center LLC for Parcel No. 1519.01 (now 1512.19) in the City of Columbus, pursuant to a Development Agreement between the City of Columbus and Columbus Commerce Center LLC dated March 6, 2012.

4.    $33,326.13 representing a 2021 tax increment payment due to Columbus Commerce Center LLC for Parcel No. 1519.01 (now 1512.19) in the City of Columbus, pursuant to a Development Agreement between the City of Columbus and Columbus Commerce Center LLC dated March 6, 2012