IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

UNITED STATES OF AMERICA

      v.                                                        Case No.:  20-cr-137-wmc

MICHAEL EISENGA,

      Defendant,

CITY OF COLUMBUS,

      Garnishee Defendant.

---

GARNISHMENT DISPOSITION ORDER

---

    Upon the motion of the government, it is hereby ORDERED:

    1.    That the garnishee defendant, City of Columbus, withhold and retain all funds identified in its Answer of Garnishee, and remit the funds to the Clerk of Court for the Western District of Wisconsin.  Funds shall be made payable to the Clerk of Court and forwarded to the Clerk of Court, 120 North Henry Street, Room 320, Madison, Wisconsin 53703.  Defendant's name and case number should be referenced on the payment.

    2.    The Clerk of Courts will apply the funds toward defendant's ongoing restitution obligation, consistent with the terms of his sentencing.

<u>THIS WRIT OF GARNISHMENT IS CONTINUING AND MAY ONLY</u> <u>TERMINATE BY</u>:

    A.    A COURT ORDER QUASHING THE WRIT OF GARNISHMENT;

    B.    EXHAUSTION OF PROPERTY IN THE POSSESSION, CUSTODY, OR CONTROL OF THE GARNISHEE IN WHICH THE DEBTOR HAS A SUBSTANTIAL NONEXEMPT INTEREST (INCLUDING NONEXEMPT DISPOSABLE EARNINGS), UNLESS THE GARNISHEE REINSTATES OR REEMPLOYS THE JUDGMENT DEBTOR WITHIN 90 DAYS AFTER THE JUDGMENT DEBTOR'S DISMISSAL OR RESIGNATION; OR

    C.    SATISFACTION OF THE DEBT WITH RESPECT TO WHICH THE WRIT IS ISSUED.

_____
WILLIAM M. CONLEY
United States District Judge

Dated: _____