IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

UNITED STATES OF AMERICA,

        Plaintiff,                                       ORDER

        v.                                             Case No. 20-cr-137-wmc

MICHAEL EISENGA,

        Defendant.

---

The defendant in the above-entitled case has been:

    __X__    convicted of the charge against him and no appeal is pending. Therefore, it is directed that the passport be transferred to the U.S. State Department.

                  The State Department is not to reissue a passport without approval of U.S. Probation while the defendant remains on supervision.

    _____    convicted of the charge against him and no appeal is pending. Therefore, it is directed that the passport be transferred to the ICE Regional Office in Milwaukee, Wisconsin.

    _____    acquitted of the charge against him and/or the charge against him has been dismissed. Therefore, it is directed that the passport be returned to the defendant or his authorized representative.

    _____    Defendant is deceased. Therefore, it is directed that the passport be returned to the State Department.

Signed this 30th day of August, 2023.

                                                          BY THE COURT:

                                                          /s/
                                                        _____
                                                          STEPHEN L. CROCKER
                                                          Magistrate Judge