**COLUMBUS COMMERCE CENTER**
**Columbus, Wisconsin**

BALANCE SHEET
For the Period Ending June 30, 2023

| ASSETS | Year-To-Date |
|---|---:|
| Current Assets | |
|   Cash and cash equivalents | 1,033 |
|   Accounts Receivable | 0 |
|   **Total Current Assets** | $ 1,033 |
| | |
| **TOTAL ASSETS** | $ 1,033 |
| | |
| **LIABILITIES AND EQUITY** | |
| Current Liabilities | |
|   Accounts payable | 0 |
|   Credit Card Payable | 0 |
|   Money Judgement | 0 |
|   **Total Current Liabilities** | $ - |
| Equity | |
|   Equity | 1,033 |
|   **Total Equity** | $ 1,033 |
| | |
| **TOTAL LIABILITIES AND EQUITY** | $ 1,033 |


GOVERNMENT EXHIBIT 3

CCC 0064

**COLUMBUS COMMERCE CENTER**
**Columbus, Wisconsin**

BALANCE SHEET
For the Period Ended December 31, 2022

| ASSETS | Year-To-Date |
|---|---:|
| Current Assets | |
|   Cash and cash equivalents | 359 |
|   Accounts Receivable | 0 |
|   **Total Current Assets** | $ 359 |
| | |
| **TOTAL ASSETS** | $ 359 |
| | |
| **LIABILITIES AND EQUITY** | |
| | |
| Current Liabilities | |
|   Accounts payable | 0 |
|   Credit Card Payable | 0 |
|   Money Judgement | 0 |
|   **Total Current Liabilities** | $ - |
| | |
| Equity | |
|   Equity | 359 |
|   **Total Equity** | $ 359 |
| | |
| **TOTAL LIABILITIES AND EQUITY** | $ 359 |

CCC 0065

**COLUMBUS COMMERCE CENTER**
**Columbus, Wisconsin**

BALANCE SHEET
For the Period Ended December 31, 2021

| ASSETS | Year-To-Date |
|---|---:|
| Current Assets | |
| Cash and cash equivalents | 425 |
| Accounts Receivable | 0 |
| **Total Current Assets** | **$ 425** |
| | |
| **TOTAL ASSETS** | **$ 425** |
| | |
| **LIABILITIES AND EQUITY** | |
| | |
| Current Liabilities | |
| Accounts payable | 0 |
| Credit Card Payable | 0 |
| Money Judgement | 0 |
| **Total Current Liabilities** | **$ -** |
| | |
| Equity | |
| Equity | 425 |
| **Total Equity** | **$ 425** |
| | |
| **TOTAL LIABILITIES AND EQUITY** | **$ 425** |

CCC 0066