```
                                                            PAGE:        1
                              ACCOUNT:           ▄▄▄▄     06/30/2023
                              DOCUMENTS:              1
```

```
        Columbus Commerce Center LLC                              30
        146 W Mill St Ste 5                                        0
        Columbus WI   53925                                        1
```



===============================================================================
Farmers & Merchants Union Bank is proud to offer our business customers
Positive Pay - a service that matches the account number, check number
and dollar amount for each check and/or ACH presented for payment against
a list of approved, issued checks you submit to us. See the last page of
your statement for details.

===============================================================================
                     Business Checking ACCOUNT   ▄▄▄▄▄
===============================================================================
       DESCRIPTION              DEBITS        CREDITS     DATE        BALANCE

BALANCE LAST STATEMENT  ..............................   05/31/23    1,032.70
FAP  ▄▄▄  to CCC  ▄▄▄                         5,335.50   06/20/23    6,368.20
CHECK # 1297                    5,335.50                 06/20/23    1,032.70
BALANCE THIS STATEMENT  ..............................   06/30/23    1,032.70

TOTAL DAYS IN STATEMENT PERIOD 06/01/23 THROUGH 06/30/23:                  30

TOTAL CREDITS       (1)         5,335.50  AVG AVAILABLE BALANCE     1,032.70
TOTAL DEBITS        (1)         5,335.50  AVERAGE BALANCE           1,032.70

===============================================================================
                         YOUR CHECKS SEQUENCED
===============================================================================
DATE...CHECK #......AMOUNT  DATE...CHECK #......AMOUNT  DATE...CHECK #......AMOUNT

06/20     1297    5,335.50
                         * * *  C O N T I N U E D  * * *
```



CCC 0057