## DECLARATION OF SOLE MEMBER OF
## FIRST AMERICAN PROPERTIES, LLC

The undersigned Michael S. Eisenga ("the Member") is the sole member of First American Properties, LLC, a Wisconsin limited liability company ("the Company").

The Company was organized by the filing of Articles of Organization dated April 17, 2000 ("the Articles") with the Wisconsin Department of Financial Institutions, in the manner provided in Chapter 183 of the Wisconsin Statutes ("the Act"). The filing of the Articles is effective April 18, 2000.

The Member hereby declares as follows:

1.      The foregoing recitations are true and correct. The Member ratifies and approves the Articles as filed.

2.      As his initial capital contribution to the Company, the Member shall contribute the sum of $1,000.00. The Member has not agreed to make any additional capital contributions to the Company but may do so at any time in the Member's sole and absolute discretion.

3.      The Company shall be operated as a limited liability company under the Act and shall not have an operating agreement.

4.      The Company shall be dissolved and its business wound up in the manner provided in the Act.

5.      The Company shall be Member managed.

6.      The Member understands that the Company is an "eligible entity" under regulations issued by the Internal Revenue Service under section 7701 of the Internal Revenue Code, and related regulations, and that as an eligible entity the Company can elect to be taxed as a corporation, and that if the Company makes no election it will be presumed by default to be disregarded as an entity separate from the Member for federal income tax purposes. The Company does not want to be taxed as a corporation and therefore claims benefit of the default rule. The Company's tax pay identification number is ▮▮▮▮▮▮▮▮▮▮▮.

7.      The Company shall establish and maintain a capital account for the Member in accordance with the requirements of section 704(b) of the Internal Revenue Code of 1986, as amended (the Code), and the regulations promulgated from time to time under the Code. The Member shall be the Company's tax matters partner.

051453-1vjj-191205crs
Declaration of Sole Member First American

GOVERNMENT
EXHIBIT
6
PENGAD 800-631-6989

FAPCO 0003

- 2 -

8.    The Company shall have the power to engage in any business allowed by applicable law.

Dated this ____4ᵗʰ____ day of ____April____, 2005.

FIRST AMERICAN PROPERTIES, LLC

By: _____
        Michael S. Eisenga, Sole Member

051453-1vjj-191205crs
Declaration of Sole Member First American

FAPCO 0004