**First American Properties, LLC**
**Columbus, Wisconsin**

BALANCE SHEET
For the Period Ended December 31, 2022

| ASSETS | | Year-To-Date |
|---|---|---|
| **Current Assets** | | |
| Cash and cash equivalents | | 1,667 |
| Total Assets - Advantage Management Mayville, LLC | | 96,246 |
| Total Assets - CMB Ventures, LLC | | 503,895 |
| Total Assets - Columbus Commerce Center, LLC | | 359 |
| Total Assets - Mayville Holdings, LLC | | 5,930,614 |
| Total Assets - Wildwood Estates, LLC | | 2,100,322 |
| **Property and Equipment** | | |
| Automobiles (See List) (Comment #1) | 44,918 | |
| Less: Accumulated Depreciation | -44,918 | 0 |
| Farmland | | 342,000 |
| Accounts receivable | | 0 |
| **Total Assets** | $ | 8,975,103 |
| | | |
| **TOTAL ASSETS** | $ | 8,975,103 |
| | | |
| **LIABILITIES AND EQUITY** | | |
| **Current Liabilities** | | |
| Accrued Liabilities | | 1,926 |
| Total Liabilities - Advantage Management Mayville, LLC | | 21,434 |
| Total Liabilities - CMB Ventures, LLC | | 385,965 |
| Total Liabilities - Columbus Commerce Center, LLC | | 0 |
| Total Liabilities - Mayville Holdings, LLC (Loan Balance and Final Draw) | | 5,363,120 |
| Total Liabilities - Wildwood Estates, LLC | | 1,500,517 |
| Total Liabilities - Farmland | | 103,406 |
| Total Liabilities - Line of Credit Loan | | 100,000 |
| Total Liabilities - Vehicle Loans | | 2,471 |
| **Total Current Liabilities** | $ | 7,478,839 |
| | | |
| **Equity** | | |
| Equity | | 1,496,264 |
| **Total Equity** | $ | 1,496,264 |
| | | |
| **TOTAL LIABILITIES AND EQUITY** | $ | 8,975,103 |

Comments:

Comment #1 - The 2011 Ford F450 vehicle is titled to Advantage Management, LLC.
- 2018 Mercedes is titled to Michael Eisenga but leased to First American Properties
- 2018 Cargo Van is titled to Michael Eisenga but leased to First American Properties


GOVERNMENT EXHIBIT 7

FAPCO 0136