**First American Properties, LLC**
**Statement of Assets Liabilities & Equity - Tax Basis**
As of June 30, 2023

|  | Jun 30, 23 |
|---|---:|
| **ASSETS** |  |
| **Current Assets** |  |
| **Checking/Savings** |  |
| Chkg - AM Mayville | 47,590.29 |
| Chkg - BDW W 8533 | 65.50 |
| Chkg - BDW Waupun | 1,068.00 |
| Chkg - CMB 8752 | 14,046.41 |
| Chkg - Columbus CC | 1,032.70 |
| Chkg - FAP 6394 | -10,432.59 |
| Chkg - Mayville Hold | 584.19 |
| Chkg - WW Estate | 12,407.71 |
| Savings - AM Mayville 5111 | 13,017.75 |
| **Total Checking/Savings** | 79,379.96 |
| **Other Current Assets** |  |
| **Accounts Receivable** |  |
| AR - AM Mayville | 14,679.00 |
| **Total Accounts Receivable** | 14,679.00 |
| Note Receivable - Eisenga Ent | 3,160.65 |
| **Total Other Current Assets** | 17,839.65 |
| **Total Current Assets** | 97,219.61 |
| **Fixed Assets** |  |
| **Fixed Assets-BDW BD** |  |
| Accumulated Depreciation BDW BD | -47,484.00 |
| **Total Fixed Assets-BDW BD** | -47,484.00 |
| **Fixed Assets-BDW Waupun** |  |
| Accumulated Depreciation BDW W | -2,644,912.00 |
| Building BDW W | 2,367,669.00 |
| Equipment BDW W | 726,992.00 |
| Improvements BDW W | 520,500.00 |
| **Total Fixed Assets-BDW Waupun** | 970,249.00 |
| **Fixed Assets-CMB Ventures** |  |
| Accumulated Depreciation CMB | -433,044.00 |
| Building CMB | 667,000.00 |
| Equipment CMB | 56,605.00 |
| Improvements CMB | 98,779.00 |
| **Total Fixed Assets-CMB Ventures** | 389,340.00 |
| **Fixed Assets-Mayville** |  |
| Accumulated Depreciation Mayvil | -2,969,527.00 |
| Building Mayville | 4,828,795.00 |
| Equipment Mayville | 1,486,436.13 |
| Improvements Mayville | 667,510.00 |
| Land Mayville | 83,814.00 |
| **Total Fixed Assets-Mayville** | 4,097,028.13 |
| Furniture and Equipment | 5,560.23 |
| **Total Fixed Assets** | 5,414,693.36 |
| **TOTAL ASSETS** | 5,511,912.97 |

GOVERNMENT EXHIBIT 9

Substantially all disclosures ordinarily included in financial statements prepared in accordance with the tax basis of accounting are omitted and no assurance is provided.

FAPCO 0145

# First American Properties, LLC
## Statement of Assets Liabilities & Equity - Tax Basis
### As of June 30, 2023

|  | Jun 30, 23 |
|---|---:|
| **LIABILITIES & EQUITY** | |
|   **Liabilities** | |
|     **Current Liabilities** | |
|       **Accounts Payable** | |
|         Accounts Payable-AM Mayville | 1,764.43 |
|         Accounts Payable-FAP | 16,432.67 |
|         Accounts Payable-Wildwood | 1,971.52 |
|       **Total Accounts Payable** | 20,168.62 |
|       **Other Current Liabilities** | |
|         Accounts Payable. | 35,621.00 |
|         Accrued Liabilities | 54,091.00 |
|         Loan - Farmland | 94,385.72 |
|         Loan - Line of Credit | 100,000.00 |
|         Loan - Line of Credit WW | 217,980.73 |
|         **Loan - Mortgage** | |
|           Loan - Mayville Holding | 5,572,454.35 |
|           Loan BDW Waupun | 7,905,489.00 |
|           Loan CMB | 355,001.40 |
|           Loan WW | 1,254,349.12 |
|         **Total Loan - Mortgage** | 15,087,293.87 |
|         Payroll Liabilities | 1,208.60 |
|         Payroll Liabilities-Garnishment | 542.49 |
|         Payroll Liabilities-Retirement | 186.00 |
|         Security Deposit - Tenants | 6,000.00 |
|       **Total Other Current Liabilities** | 15,597,309.41 |
|     **Total Current Liabilities** | 15,617,478.03 |
|     **Long Term Liabilities** | |
|       Note Payable - AM Beaver Dam | 41,745.54 |
|       Note Payable - AM Waupun | 51,929.50 |
|     **Total Long Term Liabilities** | 93,675.04 |
|   **Total Liabilities** | 15,711,153.07 |
|   **Equity** | |
|     Members Draw | -11,150.21 |
|     Members Equity | -10,049,170.33 |
|     Net Income | -138,919.56 |
|   **Total Equity** | -10,199,240.10 |
| **TOTAL LIABILITIES & EQUITY** | 5,511,912.97 |

*Draft*

Substantially all disclosures ordinarily included in financial statements prepared in accordance with the tax basis of accounting are omitted and no assurance is provided.

FAPCO 0146