IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

UNITED STATES OF AMERICA,

    Plaintiff,

v.                                                    Case No. 20-cr-137-wmc

MICHAEL EISENGA,

    Defendant.

and

CITY OF COLUMBUS,

    Garnishee Defendant.

## GARNISHMENT DISPOSITION ORDER

Upon the motion of the government and this court's Opinion and Order issued today, IT IS HEREBY ORDERED that:

1. The garnishee defendant, City of Columbus, SHALL withhold and retain all funds identified in its Answer of Garnishee, for remission of those funds to the Clerk of Court for the Western District of Wisconsin.

2. Those funds SHALL be made payable to the "Clerk of Court" and forwarded to the Clerk of Court, 120 North Henry Street, Room 320, Madison, Wisconsin 53703. Defendant's name and case number should also be referenced on the check payment.

3. The Clerk of Courts SHALL then apply those funds toward defendant's ongoing restitution obligation consistent with the terms of his sentencing.

THIS WRIT OF GARNISHMENT IS CONTINUING AND MAY ONLY TERMINATE BY:

A. A COURT ORDER QUASHING THE WRIT OF GARNISHMENT;

B. EXHAUSTION OF PROPERTY IN THE POSSESSION, CUSTODY, OR CONTROL OF THE GARNISHEE IN WHICH THE DEBTOR HAS A SUBSTANTIAL NONEXEMPT INTEREST (INCLUDING NONEXEMPT DISPOSABLE EARNINGS), UNLESS THE GARNISHEE REINSTATES OR REEMPLOYS THE JUDGMENT DEBTOR WITHIN 90 DAYS AFTER THE JUDGMENT DEBTOR'S DISMISSAL OR RESIGNATION; OR

C. SATISFACTION OF THE DEBT WITH RESPECT TO WHICH THE WRIT IS ISSUED.

Entered this 30th day of April, 2024.

BY THE COURT:

/s/

_____
WILLIAM M. CONLEY
District Judge